# Exhibit "B": Settlement Agreement

## SETTLEMENT AGREEMENT

This SETTLEMENT AGREEMENT (this "Agreement") is made and entered into as of January 1, 2011, by and between SHENG-YI CHANG ("CHANG") and PREMIER TEK, INC. (the "PREMIER TEK").

For and in consideration of the mutual covenants and promises set forth herein, and for other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged and confessed, the parties hereto, intending to be legally bound, hereby covenant and agree as follows:

1. CHANG has previously filed with the United States Patent and Trademark Office ("USPTO") his application for registration of the mark "GP THUNDER" on the Principal Register being Serial No. 77/288,584 which mark was published for opposition on August 12, 2008.

2. PREMIER TEK has previously filed with the USPTO its application for registration of the mark "GP THUNDER" on the Principal Register being Serial No. 77/345,114.

3. PREMIER TEK has filed its Notice of Opposition to the registration of the application filed by CHANG being Opposition No. 91186199.

4. The parties hereto have agreed to resolve their differences concerning the ownership and registration of the GP THUNDER mark, and have executed this Settlement Agreement to memorialize their agreement and understanding thereof.

5. CHANG shall assign his application for registration of the GP THUNDER mark to both himself and Wei Bing Marc. The form of assignment is set forth in Exhibit A, which the Parties will execute concurrently with this Agreement. Following execution, CHANG will record such assignment with the USPTO, and following notice

WB
SY

**TRADEMARK**

of recordation of such assignment, the Parties will jointly request that Opposition No. 91186199 be dismissed with prejudice. Following the dismissal of such opposition, PREMIER TEK will file an express abandonment of its application for the GP THUNDER mark, Serial No. 77/345,114.

7.  The Chang and Wei Bing Marc shall execute the Joint Ownership Agreement attached hereto as Exhibit B.

8.  The parties will cooperate, at their own cost and expense, in pursuing the registration of the jointly owned mark on the Principal Register.

9.  This Agreement (and the Exhibits hereto) constitutes the complete and exclusive agreement between the parties hereto with respect to the subject matter hereof and the transactions contemplated herein and may not be altered, amended or modified in any respect whatsoever except in a writing duly executed by each of the parties to this Agreement.

10. The unenforceability, for any reason, of any term, condition, covenant or provision of this Agreement shall neither limit nor impair the operation, validity or enforceability of any other term, condition, provision or covenant of this Settlement Agreement.

11. This Agreement shall be binding upon and shall inure to the benefit of each of the undersigned parties hereto and each of their respective successors and assigns.

12. This Agreement shall be governed in its enforcement, construction and interpretation by the laws of the State of Georgia.

13. This Settlement Agreement may be executed in counterparts, each of which shall be deemed an original, and all of which taken together shall constitute one and the same instrument.



10B
cSY

**TRADEMARK**

IN WITNESS WHEREOF, the undersigned parties have each caused this Agreement to be executed as of the date first above written.

_____ (seal)
Sheng-yi Chang

PREMIER TEK, INC.

By: _____ (seal)
President